**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**KIMBERLY L. HUGHES**                                                        **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 3:06CV82**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**                                        **DEFENDANT**

## ORDER

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 19, 2007, was on that date duly served on the parties; that the parties were given 10 days to file any objections to the Report and Recommendation; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

1) The Report and Recommendation (docket entry 10) of the United States Magistrate Judge dated March 19, 2007, is hereby approved and adopted.

This the 23rd day of August, 2007.

**/s/ Michael P. Mills**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**